**UNITED STATES of America, Appellee,**

v.

**Darla Louise SANDERS, Appellant.**

**No. 05–2260.**

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 19, 2006.

Decided: Feb. 16, 2006.

John E. Haak, U.S. Attorney's Office, Sioux Falls, SD, for Appellee.

Stephanie R. Amiotte, Moore & Rasmussen, Sioux Falls, SD, for Appellant.

Darla Louise Sanders, Dublin, CA, pro se.

Before MURPHY, HANSEN, and COLLOTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

A jury found Darla Louise Sanders guilty of conspiring to possess methamphetamine and marijuana with intent to distribute, in violation of 21 U.S.C. § 846. The district court[1] sentenced her to 132 months in prison and 5 years of supervised release, and she appeals.

Sanders challenges the sufficiency of the evidence to support her convictions. Viewing the evidence in the light most favorable to the jury's verdict, we conclude that it is sufficient. *See United States v. Causor–Serrato*, 234 F.3d 384, 387–88 (8th Cir. 2000) (standard of review; elements of conspiracy). In short, the jury was entitled to believe the government witnesses and disbelieve the defense witnesses. *See United States v. Fellers*, 397 F.3d 1090, 1099 (8th Cir.), *cert. denied*, —— U.S. ——, 126 S.Ct. 415, 163 L.Ed.2d 317 (2005).

Accordingly, we affirm the judgment of the district court.

---

1. The Honorable Lawrence Piersol, Chief Judge, United States District Court for the District of South Dakota.